704 A.2d 15

DAVID HARDY v. MAX MURPHY, ET AL.

October 7, 1997.

Certification is granted and summarily remanded to the Appellate Division to reconsider in light of *Brooks v. Odom*, 150 N.J. 395, 696 A.2d 619 (1997).

704 A.2d 15

SEPHRONIA Z. STEWARD, ET AL. v. BURDETTE
TOMLIN HOSPITAL, ET AL.

October 29, 1997.

Certification is granted, and the matter is summarily remanded to the trial court to reconsider plaintiff Sephronia Z. Steward's proposed proofs in the light of the test set forth in *Decker v. Princeton Packet*, 116 *N.J.* 418, 561 A.2d 1122 (1989).

Jurisdiction is not retained.

704 A.2d 16

F. LYNN GALBRAITH, ED.D. v. BOARD OF EDUCATION
OF LENAPE REGIONAL HIGH SCHOOL DISTRICT,
BURLINGTON COUNTY.

October 31, 1997.

Certification is granted, and the matter is summarily remanded to the State Board of Education for reconsideration after the parties have been afforded the opportunity to supplement the record in respect of the "reasonableness of the locally-imposed certification requirement."

Jurisdiction is not retained.